UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EARL VICK,<br>        Plaintiff,<br>   v.<br>DR. COLLIN MBANUGO,<br>        Defendant. | Case No. 13-cv-0209-VC (PR)<br><br>**JUDGMENT** |

For the reasons stated in the Order of Dismissal, this case is DISMISSED.  Dismissal is without prejudice to filing a paid complaint or to filing a complaint in state court.  Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 10, 2014

_____
VINCE CHHABRIA
United States District Judge